IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

**FILED**
APR 29 2025
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**OSCAR TIZIE BOHI, et.al.**
P.O. Box 14893
Cincinnati, OH 45250

    **Plaintiff,**

v.

**PFIP, LLC, et. al**
**d.b.a.**
**PLANET FITNESS**
1000 N Midkiff Rd.
Midland, TX 79701

    **Defendants.**

Case No. 7:25-CV-00085-DC

Judge David Counts

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Please enter the default of defendants (PFIP, LLC d.b.a. Planet Fitness and the City of Midland) pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 503 of the Texas Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein. Plaintiff, Oscar Tizie Bohi, is entitled to be granted default judgments against the opposing parties and as grounds to justify the same, shows the Court the following:

1. On February 24, 2025, Plaintiff filed a petition with claims for:

   a. Negligence

   b. Breach of Contract

   c. Unlawful Arrest

   d. Slander and Libel

   e. Mental Anguish

   f. Pain and Suffering

2. Service was executed by United States Postal Service Priority Mail on March 29, 2025, at 12:19 pm for PLANET FITNESS and March 31, 2025, at 12:45 pm for the City of Midland.

3. The certificate of service has been on file for more than ten (10) days.

4. Although the Defendants, PLANET FITNESS and the City of Midland, were duly severed with process/notification of the claim against them, the Defendants failed to appear and/or answer. Consequently, the Defendants have wholly defaulted.

5. The date of filing this motion is April 23, 2025.

6. Therefore, the Plaintiff is entitled to judgment as a matter of law under Rule 55(a) of the Federal Rules of Civil Procedure and Rule 503 of the Texas Rules of Civil Procedure.

7. Damages include

   a. Actual damages totaling $4,250,000.00 (PLANET FITNESS).

   b. Statutory penalties of $750,000.00 for Slander and Libel (City of Midland).

   c. Punitive damages.

   d. Court costs.

8. Plaintiff has attached the following documents to this motion.

   a. Certificate of Last Known Mailing Address for each Defendant

   b. Proof of service for each Defendant.

9. Plaintiff prays that the Court enter a default judgment in Plaintiff's favor against the Defendants, PLANET FITNESS and the City of Midland for the following relief:

    a. Actual damages totaling $4,250,000.00 (PLANET FITNESS).

    b. Statutory penalties of $750,000.00 for Slander and Libel (City of Midland).

    c. Punitive damages in an amount which the court determines sufficient to deter the same or similar actions which gave rise to this lawsuit by the Defendants in the future, $1,000,000.00.

    d. All taxable costs of court

    e. Post-judgment interest at the highest rate allowed per annum

    f. All further relief to which Plaintiff may be entitled, including all writs necessary to facilitate enforcement and collect of the Court's awarded judgement.

    Total Requested: $6,000,000.00

Respectfully submitted,

*/s/ Oscar Tizie Bohi/*

Oscar Tizie Bohi, formerly known
as Oscar Ange Fossou
P.O. Box 14893
Cincinnati, Ohio 45250
513-615-9996

## CERTIFICATE OF SERVICE

I hereby certify that I personally sent the Motion for Default Entry to Defendants PLANET FITNESS and the City of Midland to the addresses listed below via USPS Priority Mail on _____ APRIL of 25, 2025.

*[signature: Oscar Tizie Bohi]*

Oscar Tizie Bohi, formerly known
as Oscar Ange Fossou
P.O. Box 14893
Cincinnati, Ohio 45250
513-615-9996

PFIP, LLC, et. al
d.b.a.
PLANET FITNESS
1000 N Midkiff Rd.
Midland, TX 79701


City of Midland
300 N Loraine
Midland, TX 79701

## CERTIFICATE OF LAST KNOWN MAILING ADDRESS

I, Oscar Tizie Bohi, hereby certify that based upon a review of records in my/our possession and the records found in the public domain, the last known mailing address of PLANET FITNESS is PLANET FITNESS 1000 N Midkiff Rd. Midland, TX 79701

Signature: _____

Name: Oscar Tizie Bohi

I, Oscar Tizie Bohi, hereby certify that based upon a review of records in my/our possession and the records found in the public domain, the last known mailing address of City of Midland is 300 N Loraine, Midland, TX 79701

Signature: _____

Name: Oscar Tizie Bohi



Oscar Tizie Bofti
PO Box 14893
Cincinnati, OH 45250

U.S. District Court
For The Western of
Texas Midlands-Odessa Division (Clerk's Office)
200 East Wall, Room 222
Midland, TX 79701

RECEIVED
APR 29 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

