# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **OSCAR TIZIE BOHI,** *Plaintiff* § § § § § § § § § § § § | |
| v. | MO:25-CV-00085-DC |
| **PFIP, LLC, ET. AL, D.B.A. PLANET FITNESS; LEEROY SOTO, PLANET FITNESS MANAGER IN HIS INDIVIDUAL AND PROFESSIONAL CPAPACITY; AND CITY OF MIDLAND,** *Defendants* | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's Motion for Entry of Default and Default Judgment[1] and Plaintiff's Motion to Cure Improper Service.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on August 22, 2025.[3] As of the date of this order, no party has filed objections to this report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

---

[1] Doc. 10.
[2] Doc. 24.
[3] Doc. 28.

report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the Report and Recommendation of the United States Magistrate Judge[5] is **ADOPTED**. Plaintiff's Motion Entry of Default and Default Judgment is **DENIED** and Plaintiff's Motion to Cure Improper Service is **GRANTED**.

As such, the Clerk's Office is **DIRECTED** to issue notices and waiver of summons to the registered agent for Defendant Planet Fitness. The registered agent is as follows:

> CSC – Lawyers Incorporating Service Company
> 211 E. 7th Street, Suite
> Austin, TX 78701

**It is so ORDERED.**

SIGNED this 8th day of September, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Fed. R. Civ. P. 72 advisory committee's note.
[5] Doc. 28.