IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **OSCAR TIZIE BOHI,**<br>*Plaintiff*<br><br>v.<br><br>**PFIP, LLC, ET. AL, D.B.A. PLANET FITNESS; LEEROY SOTO, PLANET FITNESS MANAGER IN HIS INDIVIDUAL AND PROFESSIONAL CPAPACITY; AND  CITY OF MIDLAND,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:25-CV-00085-DC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Defendant City of Midland's Rule 12(b)(5) Motion to Dismiss,[1] Plaintiff's Motion to Cure Improper Service,[2] and Plaintiff's Motion for Leave to Re-Serve City of Midland.[3] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on August 22, 2025.[4] As of the date of this order, no party has filed objections to this report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with

---

[1] Doc. 9.
[2] Doc. 18.
[3] Doc. 19.
[4] Doc. 29.

a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[5]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, Defendant City of Midland's Rule 12(b)(5) Motion to Dismiss[6] **is DENIED WITHOUT PREJUDICE**.

Furthermore, Plaintiff's Motion to Cure Improper Service[7] is **GRANTED** and Plaintiff's Motion for Leave to Re-serve City of Midland and Request for Service by US Marshal[8] is **GRANTED**.

Finally, the Clerk's Office is **DIRECTED** to issue notices and waiver of summons to Defendant City of Midland.

**It is so ORDERED**.

SIGNED this 8th day of September, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] Fed. R. Civ. P. 72 advisory committee's note.
[6] Doc. 9.
[7] Doc. 18.
[8] Doc. 19.